AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Mary Kilby | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:14-cv-317 |
| Court of common Pleas of Montgomery Co Ohio Juv | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   JUDGMENT TO ENTER IN FAVOR OF RESPONDENT AND AGAINST PETITIONER .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Walter H. Rice   on a motion for _____ .

Date:   4/13/2013

CLERK OF COURT

*(signature)*

Signature of Clerk or Deputy Clerk